FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:56 pm, Aug 05, 2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 517-12-5 |
| | ) | |
| ANTWAN CLARK | ) | |

## ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the government's motion to seal Exhibit C to its response to defendant's motion for compassionate release, the government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibit C with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this __5__ day of August 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA